IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN HUBBS,

    Plaintiff,                        No. CIV S-04-2256 GEB DAD P

    vs.

STEVEN MAYBERG,

    Defendant.                   FINDINGS AND RECOMMENDATIONS

_____/

        A recent court order was served on plaintiff at his address of record and was returned by the postal service marked undeliverable as addressed and unable to forward. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that each party appearing in propria persona is under a continuing duty to notify the court and all other parties of any change of address.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fifteen days after being served with these findings and recommendations, plaintiff may file

1

1  written objections with the court.  The document should be captioned "Objections to Magistrate

2  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

3  within the specified time may waive the right to appeal the District Court's order.  See <u>Martinez</u>

4  <u>v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: July 28, 2005.

```
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:13
hubb2256.33a