IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN HUBBS,

    Plaintiff,                        No. CIV S-04-2256 GEB DAD P

    vs.

STEVEN MAYBERG,

    Defendant.                      <u>ORDER</u>

/

        On September 1, 2005, plaintiff filed a letter requesting judicial notice of the parties' settlement negotiations. The letter is addressed to the Clerk of the Court and does not include a proof of service. On September 9, 2005, plaintiff filed a second letter addressed to the Clerk of the Court. In this letter, plaintiff asks the Clerk to ask the magistrate judge to address plaintiff's motion regarding property or, in the alternative, to appoint counsel for plaintiff. The second letter does not include a proof of service.

        Plaintiff is informed that any request for a court order must be submitted in the form of a motion. Fed. R. Civ. P. 7(b) ("An application to the court for an order shall be by motion which, unless made during a hearing or trial, shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought."). A motion must be titled so that it conveys the nature of the motion, must include a memorandum of points and

1

1  authorities or legal brief that provides legal authority for the relief or order sought, and must
2  include or be accompanied by declarations and any evidence required to support the motion.  <u>See</u>
3  Local Rule 78-230(b) and (m).  Additional requirements apply to motions for injunctive relief.
4  <u>See</u> Local Rule 65-231.

5   Plaintiff is also informed that every document he submits to the court for
6  consideration must be served on defendant's counsel and must include proof of such service.  <u>See</u>
7  Fed. R. Civ. P. 5; Local Rule 5-135.  A proof of service must be signed under penalty of perjury
8  and must state the name of the document served, the date on which a complete and accurate copy
9  of the document was mailed, and the name and complete address of the person to whom the
10 document was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

11   The docket reflects that the court has addressed all motions filed by plaintiff to
12 date.  The informal requests filed on September 1, 2005, and September 9, 2005, will be denied.
13 All subsequent requests for court action must be presented in the form of a motion or application
14 that complies with the applicable rules.  Every document subsequently filed in this case must
15 include a proper proof of service.

16   Accordingly, IT IS HEREBY ORDERED that:

17   1. Plaintiff's September 1, 2005 request for judicial notice is denied; and

18   2. Plaintiff's September 9, 2005 request for court orders is denied.

19 DATED: September 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:kf
hubb2256.35b