IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN HUBBS,

    Plaintiff,                       2:04-cv-2256-GEB-DAD-P

   vs.

STEVEN MAYBERG,

    Defendant.                     ORDER

_____/

       Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On July 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendant filed timely objections to the findings and

1

1 recommendations.  The copy of the findings and recommendations
2 served on plaintiff at his address of record was returned to the
3 court as undeliverable on July 21, 2005.  After plaintiff filed a
4 notice of change of address, plaintiff was re-served with the
5 findings and recommendations and was granted an extension of time
6 to file a reply to defendant's objections.  Plaintiff has filed a
7 reply as well as objections of his own.
8        In accordance with the provisions of 28 U.S.C.
9 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
10 <u>de novo</u>  review of this case.  Having carefully reviewed the
11 entire file, the court finds the findings and recommendations to
12 be supported by the record and by proper analysis.
13        Accordingly, IT IS HEREBY ORDERED that:
14        1.  The findings and recommendations filed July 8, 2005
15 are adopted in full;
16        2.  Defendant's December 22, 2004 motion to dismiss is
17 denied; and
18        3.  Defendant is directed to file his answer within the
19 time provided by Rule 12(a)(4)(A) of the Federal Rules of Civil
20 Procedure.
21 Dated:  September 14, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2