IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN HUBBS,

    Plaintiff,                       No. CIV S-04-2256 GEB DAD P

    vs.

STEVEN MAYBERG,

    Defendant.                    <u>ORDER</u>

_____/

        Plaintiff has filed a second motion for appointment of counsel.  On October 26, 2005, the court denied plaintiff's first such motion.  In the second motion, plaintiff states that the court denied his previous motion because it was not presented in the proper form under the Local Rules.  The court considered plaintiff's first motion on its merits and did not find the required exceptional circumstances.  Plaintiff's second motion will be denied for the same reason.

        Plaintiff has also renewed his request for a court order exempting him from the property limits imposed by the institution where he is confined.  Plaintiff's proposed order would allow him to retain an unlimited amount of personal property in his housing unit, in excess of the 25 pounds patients are allowed to keep in the housing unit and the 50 pounds patients are allowed to store outside the unit.  Plaintiff was recently found to have 37 pounds of property in excess of the combined limit of 75 pound-limit and was required to dispose of the excess.

1

1 Plaintiff elected to dispose of legal materials related to various cases, including this action.
2 Plaintiff refers vaguely to the right of access to the court, due process, and equal protection. He
3 makes an equally vague assertion that he is unable to comply with discovery demands and court
4 orders and is effectively denied the right to litigate cases against "the very entities" against whom
5 he is litigating. The sole defendant in this action is Steven Mayberg, as director of the
6 Department of Mental Health, and plaintiff has not cited any pending discovery request or court
7 order he cannot comply with. In the absence of a brief on the legal issues, a declaration
8 demonstrating irreparable injury, and proof that all affected parties were notified of plaintiff's
9 request, plaintiff's renewed request concerning personal property will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 1, 2005 motion for appointment of counsel is denied; and

2. Plaintiff's December 1, 2005 request for order concerning personal property is denied.

DATED: December 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hubb2256.31s