1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NORMAN HUBBS,

11          Plaintiff,                    2:04-cv-2256-GEB-DAD-P

12      vs.

13   STEVEN MAYBERG,

14          Defendant.              <u>ORDER</u>

15   _____/

16          Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On August 18, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fifteen days.  Neither

22   party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   /////

26   /////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed August 18, 2006 are adopted in full;

3       2.  Defendant's January 24, 2006 motion for summary judgment is granted with

4  regard to plaintiff's federal claims;

5       3.  Plaintiff's supplemental state law claims are dismissed without prejudice; and

6       4.  This action is dismissed.

7  Dated:  September 19, 2006

8

9                               /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
10                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26